JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HUFF,<br><br>      Plaintiff,<br><br>  vs.<br><br>NATIONAL CITY MORTGAGE, et al.,<br><br>      Defendants. | Case No.: CV 12-5193 DSF (OPx)<br><br><br><br>JUDGMENT |

The Court having determined that it lacks subject matter jurisdiction over this action,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

Dated: 9/4/12

_____
Dale S. Fischer
United States District Judge